UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:
DAWN GENEVIEVE HERSMAN,                         CASE NO. 23-80332-JJG-7
      Debtor.

RONNIE V. BURT,

      Plaintiff,

vs.                                             ADVERSARY NO. 23-58021

DAWN GENEVIEVE HERSMAN,

      Defendant.

## AFFIDAVIT FOR ATTORNEY FEES

Rema Sulieman, Affiant, being first duly sworn upon her oath, alleges and says as follows:

1. I am an attorney, duly licensed by the State of Indiana, to practice law and in good standing with the Indiana Supreme Court.

1. That Affiant's law firm has represented numerous clients on matters similar to Plaintiff's cause, stated in the above-captioned matter, and is familiar with attorney fees typically associated in such cases.

2. That Affiant and other attorneys in Affiant's law firm have spent approximately seventy (70) hours in the preparation and prosecution of this matter as of the date of this Affidavit, to manage this case from referral to default judgment in the bankruptcy proceedings; it is anticipated that future work will be required on this case during the post-judgment process.

3. Based upon the foregoing, the case law of the State of Indiana, and considering the time expended, labor and skill required to perform the legal services, results obtained, the

nature and length of the professional relationship between the parties, the reputation and skill of the firm performing the services, your affiant requests, as reasonable attorney's fees, an award of $18,822.81.

I affirm, under the penalties for perjury, that the foregoing representations are true.

Respectfully submitted,

WILKINSON, GOELLER, MODESITT,
 WILKINSON & DRUMMY
333 Ohio Street
Terre Haute, IN 47807
(812) 232-4311

By: _____
Rema Sulieman
Attorney No. 35812-84

STATE OF INDIANA       )
                       )SS:
COUNTY OF VIGO         )

SUBSCRIBED AND SWORN TO before me, a Notary Public in and for and a resident of said County and State, the above Rema Sulieman, personally appeared this 4th day of January, 2024.

JANET SUE LONG
Notary Public
SEAL
State of Indiana, Vigo County
Commission No. 697676
My Commission Expires:
March 7, 2025

Notary Public: Janet Sue Long

Printed: Janet Sue Long

County of Residence: Vigo County

MY COMMISSION EXPIRES: March 7, 2025