UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:
DAWN GENEVIEVE HERSMAN,                 CASE NO. 23-80332-JJG-7
       Debtor.

RONNIE V. BURT,

       Plaintiff,

vs.                                        ADVERSARY NO. 23-58021

DAWN GENEVIEVE HERSMAN,

       Defendant.

## WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT

Comes now Plaintiff/Creditor, Ronnie V. Burt, by counsel, Rema Sulieman, and respectfully requests the Court withdraw Plaintiff's Motion for Default Judgment, erroneously filed on January 5, 2024.

                                       Respectfully submitted,

                                       WILKINSON, GOELLER, MODESITT,
                                         WILKINSON & DRUMMY, LLP1
                                       333 Ohio Street, P.O. Box 800
                                       Terre Haute, IN  47808-0800
                                       Telephone:  (812)+232-4311
                                       Telecopier:  (812)+235-5107

                                       By: /s/ *Rema Sulieman*
                                           Rema Sulieman #35812-84

CERTIFICATE OF SERVICE

      I certify that on January 6, 2024, a copy of the attached was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System or sent by First Class United States Mail, postage prepaid, to:

Richard John Shea, Jr.; ecf@sawinlaw.com
Lou Ann Marocco; trustee@maroccolawindy.com
United States Trustee, S.D., IN; ustpregion10.in.ecf@usdoj.gov

Dawn Genevieve Hersman
5 Chickadee Lane
Terre Haute, Indiana 47802

                                       /s/ *Rema Sulieman*
                                       Rema Sulieman, #35812-84