UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

IN RE:
DAWN GENEVIEVE HERSMAN,  CASE NO. 23-80332-JJG-7A
      Debtor.

RONNIE V. BURT,

      Plaintiff,

vs.  ADVERSARY NO. 23-58021

DAWN GENEVIEVE HERSMAN,

      Defendant.

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for plaintiff/creditor, Ronnie V. Burt, and request notice of all pleadings filed herein.

    Dated this 20th day of March, 2024.

        Respectfully submitted,

        By: /s/ *Ian W. Thompson*
        Ian W. Thompson, #25835-49
        Attorney at Law
        5214 S. East Street, Suite D-2
        Indianapolis, IN 46227
        Phone: (317) 417-6971
        Email: ianthompson1979@att.net

## Certificate of Service

I certify that on March 20, 2024, a copy of the attached was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Richard John Shea, Jr.; ecf@sawinlaw.com
Lou Ann Marocco; trustee@maroccolawindy.com
United States Trustee, S.D., IN; ustpregion10.in.ecf@usdoj.gov
Rema Sulieman; rsulieman@wilkinsonlaw.com

I further certify that a true and accurate copy of the attached was served on the defendant at the address provided to the Clerk as set forth below, and all creditors and other parties in interest by depositing in the U.S. Mail on March 20, 2024, at the addresses listed on the creditor matrix which is attached herewith.

Dawn G. Hersman
5 Chickadee Lane
Terre Haute, Indiana 47802

                                              Attorney for Plaintiff/Creditor, Ronnie V. Burt

                                              By:  /s/ *Ian W. Thompson*
                                              Ian W. Thompson, #25835-49

Ian W. Thompson, #25835-49
Attorney at Law
5214 S. East Street, Suite D-2
Indianapolis, IN 46227
Phone:  (317) 417-6971
Email:  ianthompson1979@att.net